UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH EDWARDS,

    Petitioner,

v.

SCOTT SPEER,

    Respondent.

C25-5116 TSZ

ORDER

The Court, having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, docket no. 12, the remaining record, and there being no objections filed, does hereby find and ORDER:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Petitioner's petition for writ of habeas corpus, docket no. 4-1, is DENIED without an evidentiary hearing and DISMISSED without prejudice.

(3)    Petitioner's application to proceed *in forma pauperis*, docket no. 4, is DENIED as moot.

(4)    A certificate of appealability is DENIED. *See* 28 U.S.C. § 2253(c).

ORDER - 1

(5) The Clerk is directed to send copies of this Order to the petitioner pro se and to Judge Vaughan and to CLOSE this case.

IT IS SO ORDERED.

Dated this 28th day of May, 2025.

                                    *Thomas S. Zilly*
                                    Thomas S. Zilly
                                    United States District Judge

ORDER - 2